CHARLES D. STOCKER ET AL. *v.* THE WATERBURY
PARKING AUTHORITY ET AL.

The motion by the defendants for a continuance
of the argument to the June, 1967, term of the
plaintiffs' motion to dismiss the appeal from the
Superior Court in New Haven County at Water-
bury is granted.

*Francis M. McDonald,* for the appellants (defend-
ants).

*Ralph G. Elliot,* for the appellees (plaintiffs).

Argued May 2—decided May 2, 1967

S. SHERWOOD DAY *v.* RUTH L. DAY

The motion by the plaintiff to dismiss the appeal
from the Superior Court in New Haven County is
denied.

*Francis J. McQuade,* for the appellee (plaintiff).

*James O. Shea,* with whom was *Rhoda L. Loeb,*
for the appellant (defendant).

Argued May 2—decided May 2, 1967

DOLORES C. KOLZAK *v.* THEODORE S. KOLZAK

The motion by the plaintiff to dismiss the appeal
from the Court of Common Pleas in Hartford
County is denied.

711